# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

144183

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LUCRE, INC.,
      Petitioner-Appellant,

v

VERIZON NORTH, INC. and CONTEL
OF THE SOUTH, INC., doing business as
VERIZON NORTH SYSTEMS,
      Respondents-Appellees,

and

MICHIGAN PUBLIC SERVICE COMMISSION,
      Appellee.

SC: 144183
COA: 298296
MPSC No: 00-016082

_____/

      On order of the Court, the application for leave to appeal the October 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

_____
Clerk

h0514